S. A. HARPER *v.* J. H. DEVENE.

*E. A. Searle,* clerk of the house of *E. F. Schmidt & Co.,* of which defendant was a member, drew the note sued on, as agent for the house, and signed it *E. F. Schmidt & Co.,* p. pro. *E. A. Searle.* When the note was first shown to the defendant, a few days after it was made, he said that it was all right and he would have it to pay. He also took the note and corrected its date. *Held :* That this was a ratification of the making of the note and an acknowledgment of the liability of defendant.

APPEAL from the Fourth District Court of New Orleans, *Reynolds,* J. *James McConnell,* for plaintiff. *H. H. Taylor,* for defendant and appellant.

MERRICK, C. J. (LEA, J., recused himself.) We think the testimony fully sustains the judgment of the lower court. The defendant is, as he informs us in his answer, a member of the house of *E. F. Schmidt & Co.,* and *E. A. Searle* was a clerk in that house. The note sued on purports to have been drawn by *Searle,* as agent for the house; it is signed *E. F. Schmidt & Co.,* p. pro. *E. A. Searle.* When the note was first shown to defendant, a few days after it was made, he said that it was all right, and he would have it to pay. He also took the note and corrected its date. We look upon this as a ratification of the making of the note and an acknowledgment of the liability of the defendant.

It is further shown, that the defendant had also acknowledged his liability for the whole rent, for which the note given was a part, and that the sale of the furniture of *Searle* was made with the express understanding that the proceeds were to be applied to the other portions of the rent for which defendant was responsible.

It is therefore ordered, adjuged and decreed, that the judgment of the lower court be affirmed, with costs.